IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WARREN HARDING RAFFENSBERGER,** : <br> Petitioner, : <br>  : <br> v. : <br>  : <br> **CHERYL STEBERGER**, *et al.*, : <br> Respondents. : <br>  : | **CIVIL ACTION NO. 24-CV-0107** |

## ORDER

On January 11, 2024, Petitioner filed this § 2241 Petition (Doc. No. 1) seeking pretrial habeas relief. On March 11, 2024, Magistrate Judge Pamela A. Carlos issued a Report and Recommendation (Doc. No. 8) that I dismiss the Petition without prejudice. Petitioner has not filed any objections to the Report and Recommendation, which I have reviewed.

**AND NOW**, this 1st day of April, 2024, upon consideration of Magistrate Judge Pamela A. Carlos's Report and Recommendation (Doc. No. 8), and after an independent review of Petitioner's § 2241 Petition (Doc. No. 1), it is hereby **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 8) is **APPROVED** and **ADOPTED**;
2. Petitioner's § 2241 Petition (Doc. No. 1) is **DISMISSED** without prejudice
3. A certificate of appealability shall **NOT ISSUE**; and
4. The **CLERK OF COURT** shall **CLOSE** this action.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.